```
JOHN L. BURRIS, ESQ., SB #69888
Law Offices of John L. Burris
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, CA  94621
Telehone:  (510) 839-5200
Facsimile: (510) 839-3882

Attorneys for Plaintiffs
DOMINICK BAKER, et al.
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINICK BAKER, by and through his guardian ad litem, et al.<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF OAKLAND, et al.<br><br>　　　　Defendants. | Case No.: C-01-3942 MMC<br><br>~~(PROPOSED)~~ ORDER PERMITTING WITHDRAWAL OF FUNDS |

　　　The Court having reviewed the Ex Parte Application of petitioner GARIANNA WALKER, for an Order permitting the withdrawal of funds from depository Wells Fargo Bank by GARIANNA WALKER, and good cause appearing,

　　　**IT IS HEREBY ORDERED AND DECREED** that Wells Fargo Bank: Upon presentation of a certified or endorsed copy of this Order and any required check, receipt, or passbook, is hereby ordered to allow the withdrawal of all funds, including accrued interest by GARIANNA WALKER.

Dated: September 29, 2009

_____
Honorable Maxine M. Chesney

-1-